# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE, JANE ROE, JANET DOE, AND JANET ROE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ALAMEDA HEALTH SYSTEM,**<br><br>Defendant. | Case No. 3:25-cv-06709<br><br>Judge Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>Trial Date: N/A |

Before the Court is the parties' Stipulation Regarding Amended Complaint and Briefing Schedule in connection with Plaintiffs' anticipated Amended Complaint and Defendant's anticipated motion to dismiss thereof. For good cause shown, it is ORDERED that:

1. The stipulation is APPROVED.

2. Plaintiffs shall file an Amended Complaint on or before January 9, 2026.

3. Defendant's deadline to respond to the Amended Complaint shall be extended until February 9, 2026.

4. Briefs in support of, or in opposition to, any motion to dismiss the Amended Complaint shall be filed on or before the dates listed below:

    *Brief in Support of Motion to Dismiss*: February 9, 2026.

    *Opposition to Motion to Dismiss*: March 11, 2026.

    *Reply in Support of Motion to Dismiss*: April 1, 2026.

DONE this the 13th day of November, 2025.

_____
Hon. Richard Seeborg
Chief United States District Judge

Prepared by:

-1-

PROPOSED ORDER Case No. 3:25-cv-06709

| | |
|---|---|
| 1 | Starr T. Drum (State Bar No. 336691) |
| | Polsinelli PC |
| 2 | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL 35209 |
| 3 | Telephone:     (205) 963-7136 |
| | Facsimile:      (205) 963-7156 |
| 4 | sdrum@polsinelli.com |

**COUNSEL FOR DEFENDANT ALAMEDA HEALTH SYSTEM**

Natalie Lyons (State Bar No. 293026)
Vess A. Miller (State Bar No. 278020)
Lynn A. Toops*
CohenMalad LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
nlyons@cohenmalad.com
vmiller@cohenmalad.com
ltoops@cohenmalad.com

J. Gerard Stranch, IV*
Emily E. Schiller*
Stranch Jennings & Garvey, PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
eschiller@stranchlaw.com

Carly M. Roman
Samuel J. Strauss*
Raina C. Borelli*
Strauss Borelli PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
croman@straussborelli.com
sam@straussborelli.com
raina@straussborelli.com
*To seek admission pro hac vice

**COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS**