UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE, et al.,

        Plaintiffs,

   v.

ALAMEDA HEALTH SYSTEM,

        Defendant.

Case No. 25-cv-06709-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Case Management Conference on November 20, 2025. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.    AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be February 17, 2026. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

2.    DISCOVERY.

On or before June 19, 2026, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.    EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before July 21, 2026, parties will provide initial expert disclosures and

 reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

   b. On or before August 20, 2026, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

   c. On or before December 23, 2026, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. DISCOVERY DISPUTES.

To the extent that a dispute arises regarding discovery, the issue will be referred to a Magistrate Judge. To initiate a referral, the Parties should file a notice of need for discovery referral. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

5. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  The parties will seek to engage in private mediation.

6. CLASS CERTIFICATION.

   a. Plaintiff's motion for class certification shall be heard on **March 25, 2027, at 1:30 PM.,** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

7. CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance and tailor the motion appropriately.

8. FURTHER CASE MANAGEMENT CONFERENCE.

A virtual Further Case Management Conference shall be held on **August 20, 2026, at 10:00 AM.**  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO ORDERED**.

Dated: November 20, 2025

_____
RICHARD SEEBORG
Chief United States District Judge